UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GEORGE WALKER SPITTAL,

        Plaintiff,

          v.

WILLIAM B. SHUBB, et al,

        Defendants.

NO. CIV. S-05-0749 WBS DAD PS

ORDER OF RECUSAL

----oo0oo----

        The undersigned judge, to whom this case has been assigned, hereby recuses himself from this case, pursuant to 28 U.S.C. § 455(b)(1) and (4), for the reason that he is a defendant in this action.

        The Clerk of the Court shall reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment

DATED: May 23, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28