1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE SPITTAL,

11            Plaintiff,                    No. CIV S-05-0749 FCD DAD PS

12       vs.

13   WILLIAM B. SHUBB, et al.,

14            Defendants.                   ORDER

15   _____/

16            Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18            On November 2, 2005, the magistrate judge filed findings and recommendations

19   herein which were served on all parties and which contained notice to all parties that any

20   objections to the findings and recommendations were to be filed within ten days.  Plaintiff and

21   defendants have filed objections to the findings and recommendations.

22            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

23   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

24   file, the court finds the findings and recommendations to be supported by the record and by

25   proper analysis.

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations filed November 2, 2005, are adopted in

3 full;

4    2. Defendants' motions to dismiss (Doc. nos. 6, 11 & 14) are granted;

5    3. Plaintiff's motions for summary judgment and re contempt (Doc. nos. 10 &

6 29) are denied;

7    4. Defendants' motion to have plaintiff declared a vexatious litigant (Doc. no. 23)

8 is denied;

9    5. Plaintiff's amended complaint is dismissed with prejudice; and

10    6. The Clerk is directed to close this case.

11 DATED:November 28, 2005

12

13                                     /s/ Frank C. Damrell Jr.
                                       FRANK C. DAMRELL JR.
14                                     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26